MURRAY C. STREET, Respondent, v. SAMUEL H. KEMPER, Appellant.— Judgment and order affirmed, with costs. All concur.

ELIZABETH A. TRITSCH, Respondent, v. GEORGE W. TOOMEY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. All concur.

MARY E. HENNESSEY, Appellant, v. WILLIAM W. HENNESSEY and Others, Respondents.— Judgment affirmed, with costs. All concur.

MARIE M. ASHWORTH, Respondent, v. ALFRED H. ASHWORTH, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Harding* v. *Harding* (203 App. Div. 721; affd., 236 N. Y. 514). All concur.

In the Matter of the Application of GEORGE E. SCHERRER, as Commissioner of Public Works of the City of Syracuse, Respondent, for the Appointment of Commissioners of Condemnation, in the Matter of Acquiring for the Site for Junior High School in the Nineteenth Ward, etc. WARNER-QUINLAN COMPANY, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and matter remitted to the Onondaga Special Term to award an additional allowance of costs in its discretion, on the ground that chapter 300 of the Laws of 1914, as amended by chapter 448 of the Laws of 1918, and chapter 69 of the Laws of 1921, must be read in connection with section 16 of the Condemnation Law (formerly section 3372 of the Code of Civil Procedure), which includes an additional allowance as costs when the compensation awarded exceeds the offer. The special statutes under which this proceeding was had authorize the court to fix the amount of damages, costs and expenses " allowed by law to be allowed." The law referred to is the Condemnation Law regulating costs in proceedings of a similar character. All concur.

CHARLES GAGAS and Another, Respondents, v. JOSEPH H. JAMMAL, Appellant. — Judgment reversed on the facts and new trial granted before another referee, with costs to the appellant to abide event. The 8th finding of fact is disapproved and reversed as against the weight of the evidence. All concur, except Clark and Davis, JJ., who dissent and vote for affirmance.

JULIA WHITTAM and Another, Respondents, v. DUNNE-McCORD COMPANY, Appellant.— Upon reargument, judgment modified by reducing the amount of damages allowed the plaintiffs from $2,738.81 to $2,508.81, and as so modified affirmed, without costs of this appeal to either party. Findings of fact Nos. 30 and 31 modified accordingly. All concur [See 205 App. Div. 903; 206 id. 731.]

In the Matter of the Estate of J. HARVEY CARNEY, Deceased.— Decree affirmed, with costs payable out of the estate, on the ground that the practice adopted on the hearing required the surrogate to dismiss the proceeding, and we do not pass on the construction of sections 205 and 206 of the Surrogate's Court Act. All concur.

JOHN BERGMAN, Appellant, Impleaded with Another, v. ELLA SHATZ, Also Known as ELLA BERGMAN, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concur.